NUMBER 13-05-346-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

                   IN THE MATTER
OF K. L. O., A CHILD

_________________________________________________________

 

                On appeal from County
Court at Law No. 5

                           of Nueces
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 

Appellant, K. L. O., A CHILD,
perfected an appeal from a judgment entered by County Court at Law
No. 5 of Nueces County, Texas,  in cause number 04-JUV-431.  On August 31, 2005, this
cause was abated, and the trial court was directed to conduct a hearing to
determine the status of the appeal.  The
trial court=s findings and
recommendations were received on December 22, 2005.  The trial court found that the appellant does
not wish to prosecute her appeal and that the appeal should be dismissed.








The Court, having
considered the documents on file and the trial court=s findings and
recommendations, is of the opinion that the appeal should be dismissed.  The appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and filed this

the 12th day of January,
2006.